■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE E. WRIGHT, Appellant. [731 NYS2d 415] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of assault in the first degree (Penal Law § 120.10 [1]) and criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]). Contrary to defendant's contention, the conviction is supported by legally sufficient evidence (*see, People v Bleakley,* 69 NY2d 490, 495). The evidence, viewed in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), establishes that defendant acted with the intent to commit the crimes of

which he was convicted. In addition, we conclude that the verdict is not against the weight of the evidence (*see, People v Bleakley, supra,* at 495). Finally, County Court properly admitted photographs depicting the victim's injuries (*see, People v Stevens,* 76 NY2d 833, 836), and the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Assault, 1st Degree.) Present—Green, J. P., Scudder, Kehoe, Gorski and Lawton, JJ.